UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:20-CR-00272** |
| **VERSUS** | **JUDGE JUNEAU** |
| **ROBERT RAFAEL DUARTE** | **MAGISTRATE JUDGE WHITEHURST** |

## MEMORANDUM RULING

Before the Court is the Defendant's Motion to Dismiss Indictment for Prejudicial Pre-Indictment Delay, Rec. Doc. 22. As all parties agree that the statute of limitations for the Defendant's alleged conduct has not yet run, this Court's review of the instant motion is governed by the Fifth Circuit's decision in *United States v. Crouch*, 84 F.3d 1497, 1510 (5th Cir. 1996). *Crouch* held that in order for the Court to dismiss an indictment for unnecessary delay pursuant to Federal Rule of Criminal Procedure 48(b), a defendant must prove both that the delay reflects a purposeful attempt on the part of the government to gain a tactical advantage and that the delay has caused actual and substantial prejudice to the defendant's right to a fair trial. *Id.* at 1510-11.

Here, the defendant's motion fails to satisfy either prong of the *Crouch* test, relying instead on a recital of what it calls "the basic unfairness of the Government's conduct." As it contains no specific factual allegations of either governmental misconduct or actual and substantial prejudice resulting from that misconduct, the

motion appears to invite this Court to opine on the appropriateness of the government's decision to seek a federal indictment in this matter following the resolution of a state criminal case related to the Defendant's alleged conduct. However, as *Crouch* made clear, this Court's power to dismiss an unnecessarily delayed indictment is intended to safeguard the defendant's right to due process. In the absence of any evidence or substantive allegation of bad faith or a constitutional violation, this Court will not convert that power into a freestanding license to second-guess the merits or timing of specific prosecutorial decisions. Accordingly, the motion is **DENIED**.

    **THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of February, 2021.

                                             MICHAEL J. JUNEAU
                                             UNITED STATES DISTRICT JUDGE